# UNITED STATES DISTRICT COURT
for the
## Southern District of Indiana

FILED
04/10/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

JOHNNY D. REDDEN 3466

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

HARRISON CO GOVERNMENT off

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 4:23-cv-56 TWP-KMB
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

**A.** Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

**B.** Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

MY RACE IS DEISM NOT WHITE. EVERYONE ARE BEING DEPRIVED. THEY ALL KNEW THIS. BECAUSE OF BOOKS. I FIX THEM. YES THE COMPUTER IS THE FIRST A.I. OR TRUEFULLY ITS CHRONOLOGY. A SCIENCE. THEY WERE PUTTING THE DEEDS IN COMPUTER BACKWARDS. I JUST THOUGHT IT WAS MISTAKE NOT NOW

**C.** Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

MY DECLARATION OF INDEPENDENCE. ENDOWED BY THER CREATOR WITH CERTAIN UNALIENABLE RIGHTS. LIFE LIBERTY AND PURSUIT OF HAPPINESS MOST MEN THAT SIGN WERE DEIST. WE WON OUR 1ST RIGHT WHEN OUR FOREFATHERS WON REVOLUTIONARY WAR. COP PUT ME IN JAIL BECAUSE I WAS MIXED THEY DIDN'T KNOW I WAS DEIST

**D.** Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I'M 67 YEARS OLD AND JUST FOUND OUT 6 MONTH AGO I WAS MIXED I WANT ALL THE GOVERNMENT SEW WHY WOULD YOU HURT OUR CHILDREN LIKE THAT. THEY ALL KNEW THE BOOKS WERE BEING PUT IN WRONG NOW THESE CRYING ABOUT LOSING MONEY THEY TOLD ON THERE SELF. THEY COULD TELL TWO WEEKS OR MORE WHAT WAS GOING TO HAPPEN. THAT HOW THEY MADE THERE MONEY. WHAT ABOUT ALL THE PEOPLE DIED. THEY HAD TO KNOW ABOUT TWIN TOWERS

JR GONTER. RALPH THE COUNTY HELP HIM STEAL MY LAND THEN HE THREATHEN TO KILL ME. THEN 2 STATE POLICE SET ME UP WITH METH. ALL THE PEOPLE KNEW I WAS BLACK HELL I DIDN'T KNOW I WAS BLACK. OR A DEIST. OUR CO. WAS A ENSIGN ENSINE FOR SLAVES. DEIST NO COLOR NO GENDER. I WANT TO START AMERICAN DEISM ENTERPRIZES. 49° CHILDREN AND 51° TO MY FAMILY + I. JUST I NEED THE JUDGES HELP THE COMPUTR CU KNEW WAS WHAT THEY WERE DOING. CAN YOU IMAGINE THE SCHOOL SHOOTING THEY WELL HAVE THERE PASS. AND THEY WILL KNOW WHAT HAPPEN. AND HOW CLOSE RELATED TO EACH OTHER. ART 8. SEC. 8. ¶ PEOPLE. OUR CLAIMING IS MINE AND MY KIDS. HATTIE WE NEED TO TALK ABOUT IT.

## II. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: JOHN REDDEN
Address: 7020 NEW AMSTERDAM RD
City: CENTRAL   State: IN   Zip Co: 47110
County: HARRISON CO
Telephone Number: 812 732 5125
E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: HARRISON CO ASSESSOR
Job or Title: RINA STIEPRO
Address:
City:   State:   Zip Code:
County: HARRISON
Telephone Number: HARRISON CO OFFICES
E-Mail Address: 812 738 4280

[X] Individual capacity   [X] Official capacity

**Defendant No. 2**
Name: SHERIFFS DEPTCH
Job or Title (if known): 812-738-2195
Address:

City / State / Zip code: PROSECUTING ATTORNEY
County: 812-738-4249
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity  ☐ Official capacity

**Defendant No. 3**
Name: ALL PEOPLES THAT HURT MY CHILDREN BY CRIMES THEY DID
Job or Title (if known):
Address:

City / State / Zip Code: ALL US GOVERMENT ALL PRESIDENT HAD TO KNOW LONG BEFORE I WAS BORN
County:
Telephone Number:
E-Mail Address (if known):

☒ Individual capacity  ☒ Official capacity

I'M SENDING NUMBERS TO OFFICES. THEY ALL NEED TO KNOW ABOUT OR ARE INVOLVED WITH THESE CRIMES.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.** Where did the events giving rise to your claim(s) occur?

FROM SCHOOL TILL NOW

**B.** What date and approximate time did the events giving rise to your claim(s) occur?

ALL MY LIFE

**C.** What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I WAS IN 1-4-12-4 IG SCHOOL WE ALL THOUGHT WE WERE JUST DRUNK BUT WE WERE MIXED DEIST. I SICK I NEED TO GET THIS IN MAIL, PLEASE LOOK AT MY FILES BEFORE I WENT TO TRIAL. I WROTE A LOG BECAUSE I WAS AFRIAD I WAS GOING TO GET KILLED

WHAT ABOUT ROGER HILL I BEEN WORK ING FOR HIM FOR ABOUT THIRTY YEAR I MISS IT ABOUT A YEAR HE TOOK SHOTGUN AND BLEW HIS HEAD OFF. WHEN YOU HAVE TO MOVE YOUR HOUSE MAKES YOU LOOK LIKE A THETH JUST LIKE I FELT ALL MY LIFE

IF WAS THEM WE WERE NORMAL JUST MIXED DEIST

NEED TO TALK TO YOU HATTIE

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

MENTAL PHY. I'm SENDING FEW DOCUMENTS WHY DON'T OUR KIDS KNOW. THIS ANY EMANCIPATION. WHEN YOU READ IT IT LOOK LIKE THEIR GOING TO GET TOGETHER HOW IN HARRISON CO GO FROM HERE TO WHERE WE ARE NOW DEIST PURE LOVE

## V. Relief   SORRY I CAN'T SPEEL VERY GOOD

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

DEIST WHAT BILLIONARE DID. I DID ALL THIS WORK AND HAVE NOT ASK FOR A PENNY, YOU TAKE CARE of MY CHILDREN HERE AND ALL OVER WORLD.
LET LITTLES KIDS TO LOOK AT NASA ROCKET DID THEY TELL THEM HOW MANY CHILDREN ARE HURT ALL OVER WORLD AND DIE.

## VI. Certification and Closing   TELL THE CHILDREN THE TRUTH

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-8-2023

Signature of Plaintiff: Johnny Redd

Printed Name of Plaintiff: JOHN REDDEN