UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JOHN REDDEN, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) No. 4:23-cv-00056-TWP-KMB ) |
| HARRISON CO. ASSESSOR, and SHERIFF'S DET., | ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**. This action is dismissed without prejudice for lack of jurisdiction.

Dated: 8/2/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

John Redden
7020 New Amsterdam Rd. SW
Central, IN 47110